IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | : : : |
| Plaintiff, | : : |
| vs. | : CIVIL ACTION NO. 1:07CV98 |
| | : Judge Irene M. Keeley |
| MICHELLE L. MICHAEL, CAROL RENEE Del VISCIO, as Trustee FBO of ALEC M. ANGUS, JAMES A. MICHAEL II, KYLIE R. ANGUS, JEANCATHERIN I. ANGUS and RUTH MICHAEL, Administratrix DBN of the Estate of James A. Michael, | : : : : : : : |
| Defendants. | : |

## ORDER

This matter having come before the Court upon plaintiff, The Northwestern Mutual Life Insurance Company's Motion for Leave to Deposit Funds with Clerk of Court in furtherance of plaintiff's Interpleader Complaint; and the Court having consider the grounds for the Motion and having found reason therefore; it is therefore **ORDERED** as follows:

1.  The Northwestern Mutual Life Insurance Company's Motion is granted;

2.  Northwestern Mutual shall deposit with the Clerk of this Court the sum of $499,974.77 (life insurance policy 17117332), plus interest as outlined in the Complaint for Interpleader and the market value of the variable annuities (17161973 and 17170486) also as outlined in the Complaint for Interpleader which is the market value as of the date this Order is executed. The market value of the annuities as of November 29, 2005, was $1,512.32 (17161973) and $1,951.63 (17170486).

3.  The Clerk of this Court shall deposit said sums in an interest-bearing account and shall retain those funds in said account until further of this Court.

September 11, 2007

*Irene M. Keeley*
U.S. District Court Judge