IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: TRANSFER OF PASSBOOK SAVINGS ACCOUNTS TO UNITED BANK

Civil Action Number: 1:07cv98

## ORDER

It appears to the Court that the funds in the passbook savings account for civil action 1:07cv98 will receive a higher rate of return in a NOW account at United Bank in Wheeling than the funds are presently receiving from the Citizen's National Bank in Elkins. The amount of funds in this account is $536,414.47 plus interest earned since November 30, 2007.

It is so ORDERED, civil case 1:07cv98 funds be transferred from the Citizen's National Bank in Elkins, WV to the United Bank in Wheeling, WV.

Entered: January 24, 2008

IRENE M. KEELEY
CHIEF JUDGE